# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| JoAnn James, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00685-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Tankamnerd | ) | |
| Brian Moyihan | | |
| Max O. Cogburn, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 28, 2017 Order.

November 28, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court